IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                )<br>                 Plaintiff,                  )<br>                                                                )<br>     vs.                                                     )<br>                                                                )<br> 2006 DODGE CHARGER,                )<br> VIN 2B3KA43G36H407287,          )<br>                                                                )<br>                 Defendant.                 )<br>                                                                )<br> MERCEDES MORENO, Claimant.   ) | Case No.  8:10cv357<br><br><br>ORDER |

This case is before the court on the plaintiff's Motion to Strike (#30). The plaintiff moves the court for an order striking the answer of the claimant, Mercedes Moreno, based upon her failure to produce numerous exhibits listed by the claimant in the final pretrial order. On September 27, 2011 (#27) I extended the deadlines for filing said exhibit list to September 30, 2011. The trial is now set for October 18, 2011.

During an October 6, 2011 telephone conference with the plaintiff's and claimant's counsel, the court was again made aware of the problems claimant's counsel is experiencing in communicating with and receiving the cooperation of the claimant in producing the exhibits. This is a civil case in which the plaintiff is currently prepared for trial and is entitled to have the claimant's exhibits prior to trial pursuant to the previous court order.

Therefore, the claimant is given until **October 11, 2011, at 3:00 P.M.,** (one week before the set trial date) to produce the exhibits. If the claimant fails to produce the exhibits, a default judgment will be entered in favor of the plaintiff and the court will consider any additional relief that the court deems just and equitable.

**IT IS ORDERED:** Claimant , Mercedes Moreno, shall provide copies of the exhibits to the plaintiff no later than **October 11, 2011 at 3:00 P.M.**

Dated this 7th day of October, 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge